Fred Lee RUSH, Petitioner–Appellant,

v.

J.E. GUNJA, Warden, Respondent–Appellee.

No. 01–6422.

United States Court of Appeals, Fourth Circuit.

Submitted May 31, 2001.

Decided June 11, 2001.

Fred Lee Rush, pro se.

Before WILKINS, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Fred Lee Rush appeals the district court's order dismissing without prejudice his 28 U.S.C. § 2241 (1994) petition. Because the relief Rush seeks must be brought by way of a motion filed under 28 U.S.C.A. § 2255 (West Supp.2000), we affirm on the district court's reasoning. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Rush v. Gunja,* No. CA–01–539–DKC (D.Md. March 1, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*